IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. P0428720/09, P0428721/09 P0428722/09, P0428723/09 and P0428724/09

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. SCOTT RAYMOND SORENSON,

Defendant.

---

### ORDER SETTING INITIAL APPEARANCE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Officer Glen Yanagi of Mesa Verde National Park has issued the above-referenced violations to the above-named Defendant and requested that these matters be placed on the Magistrate Judge's docket prior to the next regularly scheduled Petty Offense Docket. The Court has also been advised by Mr. Yanagi that additional violations may be issued prior to the Defendant's appearance, therefore;

**IT IS HEREBY ORDERED** that these matter are scheduled for the initial appearance of the Defendant on **July 30, 2007 at 9:00 a.m. the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.**

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: July 20, 2007**

---

### Certificate of Mailing

I hereby certify that on the 20th day of July, 2007, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

1

Wallace Kleindienst
Asst. U. S. Attorney
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Scott Raymond Sorenson
P. O. Box 3802
Durango, Colorado 81302

By: _____
**Assistant to Magistrate Judge**