IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Magistrate Judge David L. West**

Criminal Case No.: 07-PO-00120-DLW

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT RAYMOND SORENSON,

Defendant.

---

**ORDER FOR SERVICE OF SUBPOENA IN FORMA PAUPERIS**

---

This matter coming to the attention of the court on the motion of the defendant for an order that subpoena be issued in Forma Pauperis, it is therefore,

**ORDERED** that the motion be granted and that the clerk of the court issue a subpoena for the time of trial for the appearance of the following witness: Ann Leech of 1473 17 Road, Fruita, CO 81521.

**IT IS FURTHER ORDERED** that the U.S. Marshall make service of said subpoena of the witness without the prepayment of the fees and that the witness fees, mileage and subsistence of said witness be paid by the U.S. Marshall and taxed as costs in favor of the Untied States.

Magistrate Judge David West
Dated: 11/30, 2007

cc:   Douglas Reynolds
      Wallace Kleindienst

E:\Word Documents\2015\Pleadings\071128 Order for Subpoena in Forma Pauperis.doc