# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

v.

CASE NUMBER: 07-PO-00120-DLW

SCOTT RAYMOND SORENSON

DOUGLAS REYNOLDS
(Defendant's Attorney)

**THE DEFENDANT:** Pleaded guilty to counts 1, 2, 3 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 2.23(b) | Knowingly & Intentionally Entered Designated Fee Area for Purpose of Leading Commercial Tour in Exchange for Money & Failed to Pay Established Fees of National Park | July 12, 2007 | 1 |
| 36 C.F.R. 2.23(b) | Knowingly & Intentionally Entered Designated Fee Area for Purpose of Leading Commercial Tour in Exchange for Money & Failed to Pay Established Fees of National Park | July 14, 1007 | 2 |
| 36 C.F.R. 2.23(a)(3) | Knowingly & Intentionally Gave False Information to Law Enforcement Officer Employed by National Park Service | July 14, 1007 | 3 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 21, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

December 21, 2007
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Sixty (60) Days. The sentence is **suspended** provided the Defendant comply with the following conditions:

    1. The Defendant shall continue his employment.

    2. The Defendant shall perform 20 hours of community service at the American Red Cross in Durango, Colorado by the end of April, 2008 and furnish written proof of completion to the Court.

    3. The Defendant shall personally deliver a copy of the Judgment in this case to the Justice Court, Verde Valley Precinct, State of Arizona, in and for the County of Yavapai informing that Court of the findings in this case as the Defendant has a deferred prosecution out of that Court. This should be accomplished before the deferred prosecution ends on February 15, 2008.

    4. Defendant shall write a letter of apology regarding this matter to be published in the Cortez newspaper and furnish a copy to the Court.

    5. The Defendant shall be barred from entry into any National Park or National Park Unit for a period of 1 year and from Mesa Verde National Park for a period of 3 years beginning December 21, 2007.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|-----|------|-------------|
| 1 | $10.00 | 0 | $0.00 | $0.00 |
| 2 | $10.00 | 0 | $0.00 | $0.00 |
| 3 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $30.00 | | $0.00 | $0.00 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.