**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**


**Criminal Case No. 07-PO-00120-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SCOTT RAYMOND SORENSON,**

**Defendant.**

___

**ORDER AMENDING JUDGMENT COMPLIANCE CONDITION NO. 2**
**FOR SUSPENDED SENTENCE**

___

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

  The Court has received and reviewed an Unopposed Motion to Amend Judgment and Sentence To Allow for Community Service to be Performed Elsewhere, and;

  **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and the Defendant shall be allowed to perform his 20 hours of community service for any non-profit organization in the Durango, Colorado area and furnish written proof of completion to the Court by the end of April, 2008.

  **DATED: February 19, 2008**

       **BY THE COURT:**


       **s/David L. West**

       **United States Magistrate Judge**

1